IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DOUGLAS CONE and VICKI CONE, )
)
    Plaintiffs, )
)
v. ) CASE NO. CV415-163
)
NATIONAL GENERAL ASSURANCE )
COMPANY and CAMPING WORLD RV )
SALES, d/b/a Camping World RV )
Sales, )
)
    Defendants. )
)

## O R D E R

Before the Court is Plaintiff Douglas Cone and Vicki Cone's Motion to Remand. (Doc. 6.) Since filing that motion, Plaintiffs have amended their complaint by adding Defendant Camping World RV Sales. (Doc. 47.) As a result, Plaintiffs' motion is **DISMISSED AS MOOT**.[1]

SO ORDERED this 28th day of March 2016.

                WILLIAM T. MOORE, JR.
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court assumes that Plaintiffs now concede that the amount in controversy in this case exceeds $75,000. Should Plaintiffs disagree, they shall have ten days from the date of this order to file a second motion to remand.