FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 JUN 22 PM 4:35

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| DOUGLAS CONE and VICKI CONE | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE |
| vs. | ) ) ) | NO. 4:15-CV-00163 - WTM - GRS JUDGE G.R. SMITH |
| NATIONAL GENERAL ASSURANCE COMPANY and CAMPING TIME RV CENTERS, LLC d/b/a CAMPING WORLD RV SALES | ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER ON PLAINTIFFS' MOTION TO FILE UNDER SEAL**

Having read and considered Plaintiffs' Motion to File Under Seal, it is granted. The Court accepts the document attached to its motion and that was designated as Exhibit 25 to their response to Defendant National General's Motion For Summary Judgement and shall maintain this document under seal.

So Ordered this 22nd day of June

_____
G.R. Smith, Magistrate Judge
U.S. District Court, Southern District of Georgia

X:\USERS\Active\Insurance Bad Faith\Cone, Douglas and Vicki\Motion to Seal.wpd