IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DOUGLAS CONE and VICKI CONE, )
)
    Plaintiffs, )
)
v. ) CASE NO. CV415-163
)
NATIONAL GENERAL ASSURANCE )
COMPANY and CAMPING WORLD RV )
SALES, d/b/a Camping World RV )
Sales, )
)
    Defendants. )
)

## O R D E R

Before the Court is the parties' Stipulation of Dismissal With Prejudice. (Doc. 130.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiffs' claims in this case are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. All pending motions (Doc. 85; Doc. 86; Doc. 87; Doc. 119) are **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of December 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA